Ruth Hudson Limbaugh St. U.S. Courthouse
555 Independence St.
Cape Girardeau, Mo. 63703

RECEIVED BY MAIL
OCT 14 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

TO: Clerk of the U.S. District Court (Cape Girardeau)   Oct 2022

Dear Clerk,
   I Need a complete set of 1983 Forms! I wish to file a Lawsuit against the Butler County Jail & the County Officers that run it! Cruel & Unusual Punishment is my claim! Let me explain... The Butler County Sheriffs Dept. is very crooked, they Bend the Law, break the Law, & violate inmates federal Protected Rights on a steady Basis!
   Black Mold is all through the Butler County Jail, they don't give you clean mops, & cleaning solutions, the toilets never get properly cleaned.
   The cells are designed for 2 men, yet they've been housing 3 to 4 men in a cell made for 2 men, for at least the last 7 to 8 years! Overcrowded conditions are unhealthy, & the inmates are not Medically TAKEN Care of, because the medical services they offer are a joke! People have died in there because of Medical Negligence!
   Youtube has a Video called Poplar Bluff Beating & shows several officers hitting & beating on an Inmate & that man died from that beating! He's Not the first inmate to have that happen!
   Mark Dobbs (the Butler County Sheriff) & his Officers under him have been out of control for a long while! They are suppose to uphold the Law – not break it by being Judge + Jury! They are a death squad!
   Something needs to be done – soon.
                                          Sincerely
                                          Phillip W. Evans  #518430

Phillip Evans #518430
ERDCC / H.U #8-D-108
2727 HIGHWAY K
BONNE TERRE, MO 63628

MAILED FROM
SAINT LOUIS MO 630
OCT 12 2022   OCT 2022 PM 5 L
EASTERN RECEPTION
DIAGNOSTIC & CORRECTIONAL
CENTER

RECEIVED BY MAIL
OCT 14 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Legal Mail...

TO: Court Clerk Office
Rush Limbaugh (SR.) United States Court House
555 Independence St.
Cape Girardeau, MO 63703

"...s correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the contents of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov"

Return to Sender
Mail should be sent to the address specified at
www.doc.mo.gov